JUDGE MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>          ) <br>          Plaintiff, )<br>          )<br>     vs. )<br>          )<br>JOSE ANTONIO MENDOZA-FUERTE )<br>          Defendant. )<br>_____ )<br>          ) | NO. CR06-261RSM<br><br>ORDER TO SET A SETTLEMENT<br>CONFERENCE, AND CONTINUING<br>TRIAL AND MOTIONS DEADLINE |

THIS MATTER comes before the Court on the stipulated motion of the parties requesting a settlement conference, and to continue the trial date and motions deadline.

Having reviewed the stipulation of the parties, the Court hereby finds that the ends of justice outweigh the defendant's and the public's right to a speedy trial.  The Court's finding is based on the facts and grounds outlined in the stipulated motion and are incorporated herein by this reference.

Now, therefore it is hereby:

ORDERED that the stipulated motion to continue is GRANTED.  Trial in this matter is continued to December 4, 2006.  Motions shall be filed no later than November 9, 2006.

IT IS FURTHER ORDERED that pursuant to Title 18, United States Code, Section 3161(h), the period of time from October 26, 2006 to the new trial date, for

Order to Continue Trial and Motion's Deadline
and Setting Settlement Conference - 1
(Jose Antonio Mendoza-Fuerte  CR06-261RSM)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100

all defendants, is excluded in the computation of time under the Speedy Trial Act as this is a reasonable period of delay.

The parties will set up a settlement conference to be held as soon as can be arranged with Magistrate Judge Benton.

So Ordered this 5th day of October 2006.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

JOHN R. McKAY
United States Attorney, Western District of Washington

/s/Adam Cornell
Special Assistant United States Attorney


/s/ *Carol Koller*
Carol Koller, WSB # 19685
Assistant Federal Public Defender
Attorney for Jose Antonio Mendoza-Fuerte

Order to Continue Trial and Motion's Deadline
and Setting Settlement Conference - 2
(Jose Antonio Mendoza-Fuerte  CR06-261RSM)

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100